IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID M. PETROU,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA No. 06-2159 (GK) |
| | ) |
| | ) |
| **CARROLTON BANK, et al**. | ) |
| | ) |
| Defendants. | ) |

## PROOF OF SERVICE

As shown by the accompanying Declaration of undersigned counsel, Plaintiff effected service of the Complaint and Summons directed to defendant Carrolton Bank by delivery to W. Charles Rogers, III, Esq., Rogers, Moore and Rogers, LLP, at Six South Calvert St., Baltimore MD 21202, on January 10, 2007. Mr. Rogers agreed to accept service on behalf of his client Carrolton Bank.

Respectfully submitted,

__/s/_____
Paul G. Gaston, DC Bar # 290833
LAW OFFICES OF PAUL G. GASTON
1120 19th Street, NW
Suite 750
Washington, DC 20036
(202) 296-5856
Fax: (202) 296-4154

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

The foregoing Proof of Service and Declaration of Paul G Gaston were served this 22d day of January 2007 by first class mail, postage prepaid, on:

W. Charles Rogers, III, Esq.
Rogers, Moore and Rogers, LLP
Six South Calvert
Baltimore, MD 21202

_/s/_____
Paul G. Gaston

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID M. PETROU,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA No. 06-2159 (GK) |
| | ) |
| | ) |
| **CARROLTON BANK, et al.** | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF PAUL G. GASTON

I, Paul G. Gaston, declare and state as follows:

1. I am counsel for plaintiff David M. Petrou in the above-captioned matter. I make this declaration in support of Plaintiff's Proof of Service of the Complaint and Summons directed to defendant Carrolton Bank.

2. On January 9, 2007, I engaged in a telephone conversation with W. Charles Rogers, III, of the law firm of Rogers Moore and Rogers, LLP, in Baltimore, MD. I informed Mr. Rogers that plaintiff David Petrou had filed a lawsuit in the United States District Court for the District of Columbia naming Mr. Rogers' client Carrolton Bank among the defendants.

3. I asked Mr. Rogers if he would accept service on behalf of Carrolton Bank. I informed Mr. Rogers that I proposed to send him the Complaint and Summons directed to Carrolton Bank by an overnight delivery service.

4. Mr. Rogers agreed to accept service on behalf of Carrolton Bank.

5. On January 9, 2007, I sent the Complaint and Summons to Mr. Rogers at Rogers Moore and Rogers, LLP, Six South Calvert, Baltimore MD 21202, with a cover letter noting the

enclosures and thanking him for accepting service. That letter is attached hereto.

6. I confirmed delivery on January 10, 2007, by obtaining proof of delivery from the overnight delivery service, Federal Express. This confirmation is also attached hereto.

I hereby declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Paul G. Gaston

Executed on: January 22, 2007

# PAUL G. GASTON
Attorney at Law
1120 19th Street, N.W.
Suite 750
Washington, DC 20036

Email: pgaston@attglobal.net     (202) 296-5856     Facsimile (202) 296-4154

January 9, 2006

*BY FEDEX OVERNIGHT DELIVERY*

W. Charles Rogers, III, Esq.
Rogers, Moore and Rogers, LLP
Six South Calvert
Baltimore, MD 21202

       Re: <u>Petrou v. Carrolton Bank et al. (CA No. 06-2159, DDC)</u>

Dear Mr. Rogers:

  Pursuant to our conversation, enclosed please find a Summons directed to your client Carrolton Bank, as well as the Complaint filed by plaintiff David Petrou in the Federal District Court for the District of Columbia naming it as a defendant in the above captioned action. Thank you for agreeing in our conversation of today to accept formal service of the enclosed Summons and Complaint on behalf of Carrolton Bank.

  Unless I hear otherwise from you, I will certify to the Court that you accepted service on behalf of Carrolton Bank on the date of actual delivery to you, January 10, 2006.

            Very truly yours,

            Paul G. Gaston
            *Attorney for David M. Petrou*

Encl.



| | |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br>Telephone: 901-369-3600 |

January 19, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **818891509550**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Jan 10, 2007 12:23 |
| Signed for by: | P.SIMMONS | | |
| Service type: | Standard Envelope | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 818891509550 | Ship date: | Jan 9, 2007 |

**Recipient:**
US

**Shipper:**
US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339