3

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David M. Petrou
2810 R Street, NW
Washington DC 20007

**SUMMONS IN A CIVIL CASE**

V.

Carrolton Bank et al.

CASE NUMBER 1:06CV02159

JUDGE: Gladys Kessler

DECK TYPE: General Civil

DATE STAMP: 12/20/2006

TO: (Name and address of Defendant)

EISNER COMMUNICATIONS, INC.
509 South Exeter Street,
Baltimore, MD 21201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul G. Gaston
LAW OFFICES OF PAUL G. GASTON
1120 19th Street, NW
Suite 750
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       DEC 19 2006
CLERK                             DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1/16/07  2:30 P.M |
| NAME OF SERVER (PRINT) David William Jr | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 26 South St Baltimore MD

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Sandra Conant

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/16/07
             Date

Signature of Server: David Will Jr.

Address of Server: 1522 K St NW Ste 200 WDC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.