UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. PETROU, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Civil Case No. 1:06-CV-02159-GK |
| | : |
| CARROLLTON BANK, et al. | : |
| | : |
| Defendants | : |

Certificate Required by LCvR 7.1 of the
Local Rules of the United States District Court
for the District of Columbia

I, the undersigned, counsel of record for Carrollton Bank, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Carrollton Bank which have any outstanding securities in the hands of the public: Carrollton Bancorp.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Attorney of Record for Carrollton Bank

   /s/  Janet L. Eveland    .
Janet L. Eveland, Esquire
D.C. Bar # 370611
Law Offices of Janet L. Eveland, Chartered
10320 Little Patuxent Parkway
Suite 311
Columbia, Maryland 21044
(301) 621-4722
Attorney for Carrollton Bank

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia was served electronically pursuant to the Court's Electronic Mail Notice List and was mailed, postage pre-paid, this 1st day of February, 2007 to:

Eisner Communications, Inc.
509 South Exeter Street
Baltimore, MD  21201

Eisner Petrou & Associates, Inc.
509 South Exeter Street
Baltimore, MD  21201

Mr. Steven C. Eisner
207 Longwood Road
Baltimore, MD  21210

Ms. Sara Eisner
207 Longwood Road
Baltimore, MD  21210

   /s/ Janet L. Eveland
Janet L. Eveland, Esq.