IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID M. PETROU, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:06-CV-02159-GK |
| CARROLTON BANK, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT STEVEN EISNER'S CONSENT MOTION
TO RESCHEDULE INITIAL SCHEDULING CONFERENCE**

       Defendant Steven Eisner, by and through his undersigned counsel, submits this Consent Motion to Reschedule Initial Scheduling Conference and states as follows:

       1.       On February 16, 2007, the Court issued an Order setting an Initial Scheduling Conference for March 8, 2007.

       2.       On February 27, 2007, pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.3, counsel for the parties participated in the required pre-scheduling conference meeting and addressed the various discovery, scheduling and settlement issues required to be addressed by the parties.

       3.       During that conference, the parties also consented to a request by Mr. Eisner's counsel to have the Initial Scheduling Conference rescheduled as a result of a prior court conflict involving counsel for Mr. Eisner.

       4.       Counsel for all parties are available to have the Initial Scheduling Conference reset for March 14 or March 15, 2007.

5.	For these reasons, Defendant Steven Eisner requests that the Court grant Defendant Steven Eisner's Consent Motion to Reschedule Initial Scheduling Conference for one of the preceding dates provided by counsel.

Dated: February 27, 2007					Respectfully Submitted,

					_____/s/_____
					Leslie D. Hershfield (427135)
					Andrew M. Dansicker
					Schulman, Treem, Kaminkow,
					Gilden & Ravenell, P. A.
					The World Trade Center, Suite 1800
					401 East Pratt Street
					Baltimore, Maryland 21202
					Telephone: 410-332-0850
					Facsimile: 410-332-0866

					*Counsel for Defendant Steven C. Eisner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2007, a copy of the foregoing Defendant Steven Eisner's Consent Motion to Reschedule Initial Scheduling Conference was served electronically to:

Paul G. Gaston, Esq.
Law Offices of Paul G. Gaston
1120 19th Street, NW, Suite 750
Washington, D.C. 20036

Janet L. Eveland, Esq.
Law Offices of Janet L. Eveland, Chartered
10320 Little Patuxent Parkway, Suite 311
Columbia, Maryland 21044

                                                   /s/
                                      Leslie D. Hershfield

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID M. PETROU, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:06-CV-02159-GK |
| CARROLTON BANK, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING DEFENDANT STEVEN EISNER'S
CONSENT MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE**

Defendant Steven Eisner's Consent Motion to Reschedule Initial Scheduling Conference having come before this Court, it is hereby

ORDERED that Defendant Steven Eisner's Consent Motion to Reschedule Initial Scheduling Conference is hereby GRANTED, and the Initial Scheduling Conference is reset for _____, 2007.

SO ORDERED this ___ day of _____, 2007.

_____
United States District Judge