UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. PETROU, | : |
| | : |
|     Plaintiff/Counter-Defendant, | : |
| | : |
| v. | :   1:06-CV-02159-GK |
| | : |
| CARROLLTON BANK, et al. | : |
| | : |
|     Defendants/Counter-Plaintiff/ | : |
|     Cross-Plaintiff/Cross- | : |
|     Defendants | : |

BRIEF STATEMENT OF THE CASE
BY DEFENDANT CARROLLTON BANK

    Comes now Defendant, Carrollton Bank, by and through counsel, and respectfully makes the following brief statement of the case:

    1.    Plaintiff David Petrou alleges that Defendant Carrollton Bank made a loan to Eisner, Petrou & Associates, Inc. ("EPA") which was personally guaranteed by Mr. Petrou and Defendant Steven Eisner. Mr. Petrou's personal guarantee of the EPA loan was secured by a deed of trust on his house. EPA's loan with Carrollton Bank was current until November, 2006 when EPA defaulted on its loan. The Bank then made demand on Mr. Petrou pursuant to his personal guarantee.

    2.    In response to the Bank's demand, Mr. Petrou filed this lawsuit alleging that Carrollton Bank negligently failed to monitor undefined collateral, conspired with Defendant Steven Eisner and his wife Defendant Sara Eisner to maximize repayment to the Bank, and failed to comply with consumer protection statutes in obtaining Mr. Petrou's guaranty. Carrollton Bank has filed a motion to dismiss two of Mr. Petrou's counts against it, Count VII for injunctive relief seeking to enjoin any foreclosure on Mr.

Petrou's house, and Count VIII for declaratory relief based on inapplicable consumer protection statutes. In addition to its motion to dismiss, Carrollton Bank has raised several affirmative defenses.

3. Carrollton Bank has also brought a counter-claim against Mr. Petrou and cross-claims against EPA and Defendant Mr. Eisner to collect the loan made by the Bank to EPA and personally guaranteed by Mr. Petrou and Mr. Eisner.

          Respectfully submitted,

             /s/ Janet L. Eveland                    .
          Janet L. Eveland, Esquire
          DC Bar #370611
          Law Offices of Janet L. Eveland, Chartered
          10320 Little Patuxent Parkway, Suite 311
          Columbia, Maryland 21044
          301-621-4722
          Attorney for Defendant/Counter-Plaintiff/
          Cross-Plaintiff, Carrollton Bank

## CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Brief Statement of the Case by Defendant Carrollton Bank was served electronically pursuant to the Court's Electronic Mail Notice List and was mailed, postage pre-paid, this 12th day of March, 2007 to:

 Eisner Communications, Inc.
 509 South Exeter Street
 Baltimore, MD  21201

 Eisner Petrou & Associates, Inc.
 509 South Exeter Street
 Baltimore, MD  21201

             /s/ Janet L. Eveland                    .
          Janet L. Eveland, Esq.