AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAVID M. PETROU,
    Plaintiff/Counter-Defendant

    V.

CARROLLTON BANK,　　　　　　　　　　　　**SUMMONS IN A CIVIL CASE**
  Defendant/Counter-Plaintiff/Cross-Plaintiff
    V.

EISNER PETROU & ASSOCIATES, INC.
    Defendant/Cross-Defendant

CASE NUMBER: 1:06-cv-02159-GK

TO: (Name and address of Defendant) Eisner Petrou & Associates, Inc.
509 South Exeter Street
Baltimore, Maryland 21201
  SERVE RESIDENT AGENT:
  RESAGENT, Inc.
  7 St. Paul Street, Suite 1400
  Baltimore, Maryland 21202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| Plaintiff's Attorney | | Cross-Plaintiff's Attorney |
|---|---|---|
| Paul G. Gaston | | Janet L. Eveland |
| Law Offices of Paul G. Gaston | AND | Law Offices of Janet L. |
| 1120 19th Street, NW | | Eveland, Chartered |
| Suite 750 | | 10320 Little Patuxent Pkwy |
| Washington, D.C. 20036 | | Suite 311 |
| | | Columbia, Maryland 21044 |

an answer to the ~~complaint~~ CROSS-CLAIM which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the ~~complaint~~ CROSS-CLAIM. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**　　　　　　　　　　2/2/2007

CLERK　　　　　　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/8/2007 | |
| NAME OF SERVER (PRINT) Janet L. Eveland | TITLE Attorney | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Per FRCivPro 4(h)(1) mailed Summons and Answer and Cross-claims of Carrollton Bank by certified mail to resident agent authorized by law to receive service of process for Eisner, Petrou & Associates, Inc. Copy of certified mail receipt attached.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/7/07
　　　　　　　　Date

Signature of Server

Janet L. Eveland
10320 Little Patuxent Pkwy, #311
Columbia, Maryland
21044
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jim Hayler_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Jim Hayler   2-8-07 |
| 1. Article Addressed to:<br>RESAGENT, Inc.<br>resident agent for:<br>Eisner Petrou & Assoc., Inc<br>7 St. Paul Street, #1400<br>Baltimore, MD  21202 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0003 9703 3805 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

UNITED STATES POSTAL SERVICE                 First-Class Mail
                                             Postage & Fees Paid
                                             USPS
                                             Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   Janet L. Eveland, Esq.
   10320 Little Patuxent Parkway
   Suite 311
   Columbia, MD  21044