IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID M. PETROU, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:06-CV-02159-GK |
| CARROLTON BANK, | * | |
| et al., | | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS STEVEN AND SARA EISNER'S MOTION
FOR COUNSEL TO APPEAR *PRO HAC VICE***

Defendants Steven and Sara Eisner, by and through their undersigned counsel, submit this Motion for Counsel to Appeal *Pro Hac Vice* and state as follows:

1.  Pursuant to Local Rule LCvR 83.2(d), undersigned counsel for Steven and Sara Eisner, Leslie D. Hershfield, of the law firm of Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A., hereby requests that Andrew M. Dansicker, a partner at Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A., be admitted to practice *pro hac vice* for the limited purpose of appearing as counsel for Steven and Sara Eisner in the above-captioned matter.

2.  This motion is accompanied by a Declaration by Andrew Dansicker in conformance with LCvR 83.2(d).

3.  The undersigned attorney, Leslie Hershfield, is currently an active member of the Bar of the United States District Court for the District of Columbia and has known Mr. Dansicker for more than three years in his capacity as a partner at Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A., during which time Mr. Dansicker has demonstrated the highest moral character and extensive litigation experience such that he has the necessary qualifications to be

admitted *pro hac vice* in the above-captioned case.

4. For these reasons, Defendants Steven and Sara Eisner request that the Court grant this *Pro Hac Vice* Motion allowing Mr. Dansicker to appear in the above-captioned case.

Dated: March 13, 2007                                  Respectfully Submitted,

_____/s/_____
Leslie D. Hershfield (427135)
Andrew M. Dansicker
Schulman, Treem, Kaminkow,
Gilden & Ravenell, P. A.
The World Trade Center, Suite 1800
401 East Pratt Street
Baltimore, Maryland 21202
Telephone: 410-332-0850
Facsimile: 410-332-0866

*Counsel for Defendants Steven C. Eisner and Sara Eisner*

## DECLARATION OF ANDREW M. DANSICKER

In accordance with Local Rule LCvR 83.2(d), Andrew M. Dansicker sets forth the following declaration:

1. My full name is Andrew M. Dansicker.

2. My office address and telephone number is: Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A., The World Trade Center, 401 E. Pratt Street, Suite 1800, Baltimore, Maryland 21202, 410-332-0850.

3. I have been admitted to the following bars:  1993, Maryland; 1994, United States District Court, Maryland; 1995, New York; 1995, United States Court of Appeals for the Fourth Circuit; 1996, United States District Court, Southern District of New York; 1998, United States District Court, Northern District of New York; 1999, United States District Court, Eastern District of New York.

4. I hereby certify that I have never been disciplined by any bar.

5. I have never applied for or been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I hereby swear that the preceding declaration is true and accurate.

/s/
Andrew M. Dansicker

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of March, 2007, a copy of the foregoing Defendants Steven and Sara Eisner's Motion for Counsel to Appear *Pro Hac Vice* was served electronically to:

Paul G. Gaston, Esq.
Law Offices of Paul G. Gaston
1120 19th Street, NW, Suite 750
Washington, D.C. 20036

Janet L. Eveland, Esq.
Law Offices of Janet L. Eveland, Chartered
10320 Little Patuxent Parkway, Suite 311
Columbia, Maryland 21044

/s/
_____
Leslie D. Hershfield

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID M. PETROU, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:06-CV-02159-GK |
| CARROLTON BANK, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING DEFENDANTS STEVEN AND SARA EISNER'S
MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE***

Defendants Steven and Sara Eisner's Motion for Counsel to Appear *Pro Hac Vice* having come before this Court, it is hereby

ORDERED that Defendants Steven and Sara Eisner's Motion for Counsel to Appear *Pro Hac Vice* is hereby GRANTED.

SO ORDERED this ___ day of March, 2007.

_____
United States District Judge