IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID M. PETROU, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:06-CV-02159-GK |
| CARROLTON BANK, | * | |
| et al., | | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS STEVEN AND SARA EISNER'S
## BRIEF STATEMENT OF THE CASE

Defendants Sara and Steven Eisner, by and through their undersigned counsel, submit this Brief Statement of the Case and state as follows:

1. In a nutshell, Plaintiff Petrou alleges that Defendant Carrollton Bank (the "Bank") made a loan to Defendant Eisner, Petrou & Associates, Inc. ("EPA") which was personally guaranteed by Mr. Petrou and Mr. Eisner. Mr. Petrou's personal guarantee of the EPA loan was secured by a deed of trust on his house.

2. In November 2006, EPA defaulted on its loan, and the Bank made demand on Mr. Petrou pursuant to his personal guarantee.

3. Mr. Petrou claims that the Bank violated various statutory and common law duties and obligations, and that therefore he is not liable to the Bank on the personal guarantee. The Bank denies those allegations.

4. Mr. Petrou also claims that Defendants EPA and Eisner Communications, as well as Defendants Steven and Sara Eisner, failed to make certain payments to the Bank on behalf of EPA to reduce Mr. Petrou's personal liability to the Bank. The Eisners deny those allegations.

Dated: March 13, 2007                    Respectfully Submitted,

                                                         /s/
                                  Leslie D. Hershfield (427135)
                                  Andrew M. Dansicker
                                  Schulman, Treem, Kaminkow,
                                  Gilden & Ravenell, P. A.
                                  The World Trade Center, Suite 1800
                                  401 East Pratt Street
                                  Baltimore, Maryland 21202
                                  Telephone: 410-332-0850
                                  Facsimile: 410-332-0866

                                  *Counsel for Defendant Steven C. Eisner*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of March, 2007, a copy of the foregoing Defendant Steven and Sara Eisner's Brief Statement of the Case was served electronically to:

Paul G. Gaston, Esq.
Law Offices of Paul G. Gaston
1120 19th Street, NW, Suite 750
Washington, D.C. 20036

Janet L. Eveland, Esq.
Law Offices of Janet L. Eveland, Chartered
10320 Little Patuxent Parkway, Suite 311
Columbia, Maryland 21044

                                                  /s/
                                    Leslie D. Hershfield