IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID M. PETROU, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:06-CV-02159-GK |
| | | Status Report Due: 9/1/07 |
| CARROLTON BANK, | * | |
| et al., | | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT SARA EISNER'S CONSENT MOTION FOR ADDITIONAL
TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant Sara Eisner, by and through her undersigned counsel, submits this Consent Motion for Additional Time to File Reply Brief in Support of Motion to Dismiss and states as follows:

1.  On March 12, 2007, Plaintiff served his Opposition to Sara Eisner's Motion to Dismiss for Lack of Personal Jurisdiction.

2.  Pursuant to the Federal Rules of Civil Procedure, Ms. Eisner's reply memorandum is required to be filed by March 19, 2007.

3.  Ms. Eisner has been out of town on business, however, and has been unable to meet with undersigned counsel to review the Opposition papers and prepare a reply memorandum.

4.  For these reasons, Ms. Eisner requests a short extension of time from March 19, 2007 to March 23, 2007, to file a reply memorandum of law.

5. Plaintiff's counsel has consented to this extension of time.

6. This is the first request for additional time for the filing of a pleading in this case by Defendant Sara Eisner, and this request for additional time will not impact any other court dates.

Dated: March 19, 2007                                Respectfully Submitted,

                                                     _____/s/_____
                                                     Leslie D. Hershfield (427135)
                                                     Andrew M. Dansicker
                                                     Schulman, Treem, Kaminkow,
                                                     Gilden & Ravenell, P. A.
                                                     The World Trade Center, Suite 1800
                                                     401 East Pratt Street
                                                     Baltimore, Maryland 21202
                                                     Telephone: 410-332-0850
                                                     Facsimile: 410-332-0866

                                                     *Counsel for Defendant Sara Eisner*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March, 2007, a copy of the foregoing Defendant Sara Eisner's Consent Motion for Additional Time to File Reply Brief in Support of Motion to Dismiss was served electronically to:

Paul G. Gaston, Esq.
Law Offices of Paul G. Gaston
1120 19th Street, NW, Suite 750
Washington, D.C. 20036

Janet L. Eveland, Esq.
Law Offices of Janet L. Eveland, Chartered
10320 Little Patuxent Parkway, Suite 311
Columbia, Maryland 21044

                                            /s/
                                Andrew M. Dansicker

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID M. PETROU, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:06-CV-02159-GK |
| CARROLTON BANK, et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING DEFENDANT SARA EISNER'S
CONSENT MOTION FOR ADDITIONAL TIME TO FILE
REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant Sara Eisner's Consent Motion for Additional Time to File Reply Brief in Support of Motion to Dismiss having come before this Court, it is hereby

ORDERED that Defendant Sara Eisner's Consent Motion for Additional Time is hereby GRANTED, and Ms. Eisner shall have until Friday, March 23, 2007, to file any reply brief in support of her Motion to Dismiss.

SO ORDERED this ___ day of March, 2007.

_____
United States District Judge