UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. PETROU, : | |
| : | |
| Plaintiff/Counter-Defendant, : | |
| : | |
| v. : | 1:06-CV-02159-GK |
| : | Status Report Due 9/1/07 |
| CARROLLTON BANK, et al. : | |
| : | |
| Defendants/Counter-Plaintiff/: | |
| Cross-Plaintiff/Cross- : | |
| Defendants : | |

### DEFENDANT CARROLLTON BANK'S CONSENT MOTION
### FOR ADDITIONAL TIME TO FILE
### <u>MOTION TO QUASH SUBPOENA DUCES TECUM</u>

Defendant Carrollton Bank, by and through counsel, respectfully requests additional time to file a motion to quash the subpoena duces tecum served on Carrollton Bank by Plaintiff and, with the consent of the parties, states as follows:

1. On or about April 19, 2007 Plaintiff served a subpoena duces tecum on Defendant Carrollton Bank.

2. Pursuant to the Federal Rules of civil Procedure, Carrollton Bank's motion to quash is required to be filed by May 3, 2007.

3. There are multiple persons and entities with an interest in the documents which may be responsive to the subpoena and significant issues regarding protection of the documents which could form the basis for a motion to quash.

4. The parties believe that agreement can be reached between the parties and with other appropriate persons and entities so as to obviate the need for a motion to quash the subpoena.

5. Because of the number of persons and entities concerned and the legal issues involved, the parties require additional time to work through all of the relevant issues.

6. Counsel for Plaintiff David Petrou and for Defendants Sara Eisner and Steven Eisner have consented to this extension of time.

7. Defendant Carrollton Bank has not previously asked for an extension for this purpose and this grant of extension of time will not impact any other court dates.

WHEREFORE, Defendant Carrollton Bank respectfully requests that this Court grant additional time to file a motion to quash subpoena duces tecum served on Carrollton Bank, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

 /s/  Janet L. Eveland
Janet L. Eveland, Esquire
DC Bar #370611
Law Offices of Janet L. Eveland, Chartered
10320 Little Patuxent Parkway, Suite 311
Columbia, Maryland  21044
Telephone:  301-621-4722
Fax:  410-772-8988
Attorney for Defendant, Carrollton Bank

CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Defendant Carrollton Bank's Consent Motion for Additional Time to File Motion to Quash Subpoena Duces Tecum, and proposed Order, was served electronically pursuant to the Court's Electronic Mail Notice List to:

Paul G. Gaston, Esq.
Law Offices of Paul G. Gaston
1120 19th Street, N.W., Suite 750
Washington, D.C. 20036

Leslie D. Hershfield, Esq.
Andrew M. Dansicker, Esq.
Schulman, Treem, Kaminkow, Gilden & Ravenell, PA
The World Trade Center, Suite 1800
401 East Pratt Street
Baltimore, Maryland 21202

                                               /s/  Janet L. Eveland
                                              Janet L. Eveland, Esquire

CB Subpoena Ext Time Consent Motion
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID M. PETROU, | : | |
| | : | |
| Plaintiff/Counter-Defendant, | : | |
| | : | |
| v. | : | 1:06-CV-02159-GK |
| | : | |
| CARROLLTON BANK, et al. | : | |
| | : | |
| Defendants/Counter-Plaintiff/ | : | |
| Cross-Plaintiff/Cross- | : | |
| Defendants | : | |

ORDER GRANTING
DEFENDANT CARROLLTON BANK'S CONSENT MOTION
FOR ADDITIONAL TIME TO FILE
MOTION TO QUASH SUBPOENA DUCES TECUM

Defendant Carrollton Bank's Consent Motion for Additional Time to File Motion to Quash Subpoena Duces Tecum having come before this Court, consent having been had and good cause having been shown, it is therefore,

ORDERED, that Defendant Carrollton Bank's Consent Motion for Additional Time to File Motion to Quash Subpoena Duces Tecum be, and hereby is, GRANTED and Defendant Carrollton Bank shall have until Monday, May 14, 2007 to file any motion to quash subpoena duces tecum.

SO ORDERED, this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE