UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID M. PETROU, | : | |
| | : | |
| Plaintiff/Counter-Defendant, | : | |
| | : | |
| v. | : | 1:06-CV-02159-GK |
| | : | (Next Event: None Scheduled) |
| CARROLLTON BANK, et al. | : | |
| | : | |
| Defendants/Counter-Plaintiff/ | : | |
| Cross-Plaintiff/Cross-Defendants | : | |

PRAECIPE WITHDRAWING MOTION OF
DEFENDANT CARROLLTON BANK TO QUASH SUBPOENA DUCES TECUM

Carrollton Bank, by and through counsel, respectfully withdraws the Motion of Defendant Carrollton Bank to Quash Subpoena, Memorandum of Points and Authorities in Support thereof, and proposed Order filed herein on or about May 14, 2007 because Carrollton Bank has resolved this matter with counsel for the parties.

    Respectfully submitted,

     /s/ Janet L. Eveland     .
Janet L. Eveland, Esquire
DC Bar #370611
Law Offices of Janet L. Eveland, Chartered
10320 Little Patuxent Parkway, Suite 311
Columbia, Maryland 21044
Telephone: 301-621-4722
Fax: 410-772-8988
Attorney for Defendant, Carrollton Bank

CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Praecipe Withdrawing Motion of Defendant Carrollton Bank to Quash Subpoena Duces Tecum, was served electronically

pursuant to the Court's Electronic Mail Notice List and was mailed, postage pre-paid, this

17th day of May, 2007 to:

    Andrew M. Dansicker, Esq.
    Schulman, Treem, Kaminkow, Gilden & Ravenell, PA
    Suite 1800, World Trade Center
    401 East Pratt Street
    Baltimore, Maryland  21202

                                                 /s/ Janet L. Eveland        .
                                                 Janet L. Eveland, Esq.