IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID M. PETROU,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CA No. 06-2159 (GK)** |
| | )(Next scheduled event-status report 9/1/07) |
| | ) |
| **CARROLLTON BANK, et al**. | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION OF PLAINTIFF PETROU FOR EXTENSION OF TIME TO FILE OPPOSITION TO CARROLLTON BANK'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff David M. Petrou hereby respectfully moves for an extension of time up to and including June 12, 2007, to file his Opposition to the Motion of Carrollton Bank for Summary Judgment filed on May 18, 2007. Counsel for Carrollton Bank and counsel for Steven and Sara Eisner have consented to the requested extension. The extension is needed primarily to finalize the details of an agreement and settlement in principle entered into by Petrou and Carrollton Bank.

    Carrollton Bank and Petrou, as a result of Court-ordered mediation held on May 21-22, 2007, reached an agreement on the material terms of a settlement to compromise their differences and to dismiss all claims against each other. The material terms of that agreement were set out in an email from the court appointed mediator, Paul Lambert, sent to all parties on May 22, 2007.

    Some additional time is needed to work out the details of that agreement and to reduce it to a written form satisfactory to the parties..

    Under the Federal Rules of Civil Procedure and this Court's rules, the Opposition would ordinarily be due on June 1, 2007. Plaintiff requests an extension up to and including June 12,

2007. Plaintiff has not previously requested any extensions of time. Undersigned counsel sought and obtained the the consent of Counsel for Steven and Sara Eisner and Counsel for Carrollton Bank.

                                                Respectfully submitted,

/s/_____
Paul G. Gaston, DC Bar # 290833
LAW OFFICES OF PAUL G. GASTON
1120 19th Street, NW, Suite 750
Washington, DC 20036
(202) 296-5856
Fax: (202) 296-4154
*Attorney for Plaintiff*

May 31, 2007

CERTIFICATE OF SERVICE

I hereby certify that, on this 31st day of May, 2007, the foregoing Plaintiff's Motion for Extension was served by first class mail, postage prepaid, on the following:

Andrew M. Dansicker, Esq.
Schulman, Treem, Kaminkow,
Gilden & Ravenell, P.A.
Suite 1800, The World Trade Center
401 East Pratt Street
Baltimore, MD 21202
(counsel for Steven and Sara Eisner)

                                        __/s/_____
                                        Paul G. Gaston

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID M. PETROU,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CA No. 06-2159 (GK)** |
| | ) |
| | ) |
| **CARROLLTON BANK, et al**. | ) |
| | ) |
| Defendants. | ) |

ORDER

Having received and reviewed Plaintiff Petrou's Consent Motion For An Extension of Time to File Opposition to Carrollton Bank's Motion for Summary Judgment, and it appearing that Plaintiff's motion is consented to and is well-founded, it is hereby

ORDERED,

that Plaintiff's Motion for An Extension is GRANTED, and that plaintiff shall have up to and including June 12, 2007, to file his Opposition to Carrollton Bank's Motion for Summary Judgment.

SO ORDERED this __ day of _____, 2007.

_____
United States District Court Judge