UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. PETROU, | : |
| | : |
| Plaintiff/Counter-Defendant, | : |
| | : |
| v. | : 1:06-CV-02159-GK |
| | : |
| CARROLLTON BANK, et al. | : |
| | : |
| Defendants/Counter-Plaintiff/ Cross-Plaintiff/Cross-Defendants | : |

STIPULATION AND ORDER OF DISMISSAL AS TO
DEFENDANT/CROSS-PLAINTIFF CARROLLTON BANK AND
DEFENDANT/CROSS-DEFENDANT STEVEN EISNER

Defendant/Cross-Plaintiff Carrollton Bank and Defendant/Cross-Defendant Steven Eisner having agreed as between them, it is hereby stipulated by and between Defendant/Cross-Plaintiff Carrollton Bank and Defendant/Cross-Defendant Steven Eisner that the above-captioned action be dismissed, without prejudice, as to all causes of action between and among them, including all claims and counter-claims, and it is, accordingly:

ORDERED, that the above-captioned matter be, and hereby is, DISMISSED, WITHOUT PREJUDICE, as to all causes of action, including all claims and counter-claims, between and among Defendant/Cross-Plaintiff Carrollton Bank and Defendant/Cross-Defendant Steven Eisner.

_____, 2007      _____
                                  JUDGE

We ask for this:

  /s/ Andrew M. Dansicker                     .
Andrew M. Dansicker, Esq.
Schulman, Treem, Kaminkow, Gilden & Ravenell, PA
Suite 1800, World Trade Center
401 East Pratt Street
Baltimore, Maryland  21202
*Attorney for Defendant/Cross-Defendant Steven Eisner*

  /s/ Janet L. Eveland                       .
Janet L. Eveland, Esq., DC Bar #370611
Law Offices of Janet L. Eveland, Chartered
10320 Little Patuxent Parkway, Suite 311
Columbia, Maryland  21044
301-621-4722
*Attorney for Defendant/Cross-Plaintiff Carrollton Bank*

Seen and agreed:

  /s/ Paul G. Gaston                         .
Paul G. Gaston, Esq., DC Bar # 290833
1120 19th Street, N.W., suite 750
Washington, D.C.  20036
*Attorney for Plaintiff David M. Petrou*