UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID M. PETROU, :
:
    Plaintiff/Counter-Defendant, :
:
v. : 1:06-CV-02159-GK
:
CARROLLTON BANK, et al. :
:
    Defendants/Counter-Plaintiff/ :
    Cross-Plaintiff/Cross- :
    Defendants :

STIPULATION AND ORDER OF DISMISSAL AS TO
DEFENDANT/CROSS-PLAINTIFF CARROLLTON BANK AND
DEFENDANT/CROSS-DEFENDANT STEVEN EISNER

Defendant/Cross-Plaintiff Carrollton Bank and Defendant/Cross-Defendant Steven Eisner having agreed as between them, it is hereby stipulated by and between Defendant/Cross-Plaintiff Carrollton Bank and Defendant/Cross-Defendant Steven Eisner that the above-captioned action be dismissed, without prejudice, as to all causes of action between and among them, including all claims and counter-claims, and it is, accordingly:

ORDERED, that the above-captioned matter be, and hereby is, DISMISSED, <u>WITHOUT PREJUDICE</u>, as to all causes of action, including all claims and counter-claims, between and among Defendant/Cross-Plaintiff Carrollton Bank and Defendant/Cross-Defendant Steven Eisner.

_June 14_, 2007      _Gladys Kessler_
                                                     JUDGE

We ask for this:

  /s/ Andrew M. Dansicker                .
Andrew M. Dansicker, Esq.
Schulman, Treem, Kaminkow, Gilden & Ravenell, PA
Suite 1800, World Trade Center
401 East Pratt Street
Baltimore, Maryland  21202
*Attorney for Defendant/Cross-Defendant Steven Eisner*

  /s/ Janet L. Eveland                .
Janet L. Eveland, Esq., DC Bar #370611
Law Offices of Janet L. Eveland, Chartered
10320 Little Patuxent Parkway, Suite 311
Columbia, Maryland  21044
301-621-4722
*Attorney for Defendant/Cross-Plaintiff Carrollton Bank*

Seen and agreed:

  /s/ Paul G. Gaston                .
Paul G. Gaston, Esq., DC Bar # 290833
1120 19th Street, N.W., suite 750
Washington, D.C.  20036
*Attorney for Plaintiff David M. Petrou*