UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
DAVID M. PETROU,               )
                               )
            Plaintiff,         )
                               )
     v.                        )   Civil Action No. 06-2159 (GK)
                               )
CARROLTON BANK, et al.,        )
                               )
            Defendants.        )
_____)
```

### ORDER

The Status Conference scheduled in this case for July 16, 2007 was cancelled based on the representations of the parties that a settlement had been agreed to in principle. Accordingly, it is hereby

**ORDERED** that the parties shall submit a Joint Stipulation of Dismissal, or inform the Court of any changes in the status of the case, by no later than **August 27, 2007.**


_____                    /s/ _____
                                Gladys Kessler
July 31, 2007                   United States District Judge

**Copies to: Attorneys of record via ECF**