IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID M. PETROU,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CA No. 06-2159 (GK)** |
| | ) |
| | ) |
| **CARROLLTON BANK, et al**. | ) |
| | ) |
| Defendants. | ) |

**STIPULATIONS OF PLAINTIFF DAVID PETROU AND
DEFENDANTS SARA EISNER AND STEVEN EISNER**

Plaintiff David Petrou and defendants Sara and Steven Eisner have agreed to stipulate as

follows:

Plaintiff Petrou agrees to dismiss all claims stated herein against Sara Eisner, without

prejudice, and plaintiff and Sara Eisner ask for entry of an Order of the Court to that effect. The

proposed Order and Judgment is attached hereto.

Plaintiff Petrou agrees to accept an agreed Judgment of the Court for contribution in the

amount of $160,000 against Steven Eisner and in favor of plaintiff, and plaintiff and Steven

Eisner ask for entry of such a Judgment, as well as an Order dismissing all other claims stated

herein against Steven Eisner, with prejudice. A proposed Judgment and Order of the Court are

attached hereto.

All parties have agreed to bear their own costs and legal fees, and the proposed Order and

Judgment reflect this as well.

We ask for this:

_____

Paul G. Gaston, DC Bar # 290833
LAW OFFICES PAUL G. GASTON
1120 19th Street, N.W., Suite 750
Washington, DC 20036
Attorney for Plaintiff David M. Petrou

_____

Andrew M. Dansicker, Esq.
SCHULMAN, TREEM, KAMINKOW, GILDEN & RAVENELL, PA
Suite 1800, World Trade Center
401 East Pratt Street
Baltimore, MD 21202
Attorney for Defendants Steven and Sara Eisner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID M. PETROU,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CA No. 06-2159 (GK)** |
| | ) |
| | ) |
| **CARROLLTON BANK, et al**. | ) |
| | ) |
| Defendants. | ) |

<u>ORDER AND JUDGMENT</u>

By agreement and stipulation among the parties, it is hereby ORDERED and

ADJUDGED that:

Plaintiff's claim against Defendant Steven Eisner for contribution is GRANTED in the

amount of $160,000, and the Court ENTERS Final Judgment against Defendant Steven Eisner

and in favor of plaintiff David M. Petrou in the amount of $160,000;

and it is ORDERED, that plaintiff's other claims herein against Steven Eisner are

dismissed with prejudice;

and it is ORDERED that Plaintiff's claims herein against Defendant Sara Eisner are

dismissed without prejudice.

All parties to bear their own costs.

IT IS SO ORDERED.


_____, 2007           _____
                                                        District Court Judge