IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID M. PETROU, )
)
Plaintiff, )
)
v. ) CA No. 06-2159 (GK)
)
)
CARROLLTON BANK, et al. )
)
Defendants. )

ORDER AND JUDGMENT

By agreement and stipulation among the parties, it is hereby ORDERED and ADJUDGED that:

Plaintiff's claim against Defendant Steven Eisner for contribution is GRANTED in the amount of $160,000, and the Court ENTERS Final Judgment against Defendant Steven Eisner and in favor of plaintiff David M. Petrou in the amount of $160,000;

and it is ORDERED, that plaintiff's other claims herein against Steven Eisner are dismissed with prejudice;

and it is ORDERED that Plaintiff's claims herein against Defendant Sara Eisner are dismissed without prejudice.

All parties to bear their own costs.

IT IS SO ORDERED.

Aug. 2, 2007

_____
Gladys Kessler
District Court Judge