IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID M. PETROU,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA No. 06-2159 (GK) |
| | ) |
| | ) |
| **CARROLLTON BANK, et al**. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL OF PLAINTIFF'S CLAIMS
AGAINST EISNER COMMUNICATIONS AND EISNER PETROU & ASSOCIATES**

Pursuant to Rule 41(a), Fed. R. Civ. P., and this Court's Order of July 31, 2007, Plaintiff David Petrou hereby voluntarily dismisses, without prejudice, his claims against defendants Eisner Communications, Inc., and Eisner Petrou & Associates, Inc., the only defendants remaining in this case against whom plaintiff has stated claims. Neither of the named corporate defendants has entered an appearance or otherwise responded.

Respectfully submitted,

__/s/_____
Paul G. Gaston, DC Bar # 290833
LAW OFFICES OF PAUL G. GASTON
1120 19th Street, N.W., Suite 750
Washington, DC 20036
*Attorney for Plaintiff David M. Petrou*